B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**1555 Wabash, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**20-3925572** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1440 West Taylor Street**<br>**Chicago, IL 60607**   ZIP CODE **60607-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:    **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**1555 Wabash, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _/s/ [signature]_ _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **1555 Wabash, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/David K. Welch**
Signature of Attorney for Debtor(s)
**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)
**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax:312-641-7114**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**1555 WABASH, LLC**

**By: New West Realty Development Corp.,**
**Sole Member and Manager**
_____
**By: Theodore Mazola, President**

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re  **1555 Wabash, LLC**
Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anderson & Moore PC<br>111 W. Washington St., Ste. 1100<br>Chicago, IL 60602 | Anderson & Moore PC<br>111 W. Washington St., Ste. 1100<br>Chicago, IL 60602 | | | 14,995.00 |
| Brown Udell Pomerantz & Delrahim, Ltd.<br>1332 N. Halsted St., Ste. 100<br>Chicago, IL 60642 | Brown Udell Pomerantz & Delrahim, Ltd.<br>1332 N. Halsted St., Ste. 100<br>Chicago, IL 60642 | | | 195.50 |
| Chuhak & Tecson<br>30 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606-7413 | Chuhak & Tecson<br>30 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606-7413 | | | 7,609.02 |
| ComEd-Units<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | ComEd-Units<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | | 28,606.19 |
| Demi & Cooper Advertising<br>18 Villa Court<br>Elgin, IL 60120 | Demi & Cooper Advertising<br>18 Villa Court<br>Elgin, IL 60120 | | | 1,195.00 |
| Harrison, Held, Carroll Wall LLP<br>333 W. Wacker Dr., Ste. 1700<br>Chicago, IL 60606-1250 | Harrison, Held, Carroll Wall LLP<br>333 W. Wacker Dr., Ste. 1700<br>Chicago, IL 60606-1250 | | | 800.00 |
| Klafter and Burke<br>225 W. Washington St., Ste. 1710<br>Chicago, IL 60606 | Klafter and Burke<br>225 W. Washington St., Ste. 1710<br>Chicago, IL 60606 | | | 99,248.49 |
| Landmark Engineering Corp.<br>7808 W. 103rd St.<br>Palos Hills, IL 60465 | Landmark Engineering Corp.<br>7808 W. 103rd St.<br>Palos Hills, IL 60465 | | | 3,717.00 |
| Shefsky & Froelich<br>111 E. Wacker Dr., Ste. 2800<br>Chicago, IL 60601 | Shefsky & Froelich<br>111 E. Wacker Dr., Ste. 2800<br>Chicago, IL 60601 | | | 670.50 |
| Steven Bock<br>c/o Lulich & Goff<br>9501 W. 144th Place, Ste. 201<br>Orland Park, IL 60462 | Steven Bock<br>c/o Lulich & Goff<br>9501 W. 144th Place, Ste. 201<br>Orland Park, IL 60462 | | | 26,545.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **1555 Wabash, LLC**_____   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

**1555 WABASH, LLC**

New West Realty Development Corp.:
Sole Member and Manager

By:
Theodore Mazola, President

Date  **December 27, 2011**_____   Signature  _/s/ Theodore Mazola_____

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **1555 Wabash, LLC**                                           Case No. _____
                                    Debtor(s)                         Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **1555 Wabash, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Date **December 27, 2011**

/s/ David K. Welch
**DAVID K. WELCH**
Signature of Attorney or Litigant
Counsel for **1555 Wabash, LLC**
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114

# United States Bankruptcy Court
## Northern District of Illinois

In re: **1555 Wabash, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **67**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

1555 WABASH, LLC

New West Realty Development Corp.:
Sole Member and Manager

Date: **December 27, 2011**

By: _/s/ Theodore Mazola_
Theodore Mazola, President

1555 Homeowners Association
1555 S. Wabash
Chicago, IL 60605-2808

Chuhak & Tecson
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606-7413

Gerdau Ameristeel
2500 N. Shore Dr.
Urbana, IL 61802-7220

American Building Services c/o
Howard M. Turner
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

City of Chicago, Dept. of Water
Suite LL10, Recorder's Box #385
333 S. State St.
Chicago, IL 60604

Gerdau Ameristeel
3101 W. Lincolnway
Sterling, IL 61081-8918

AMT CADC Venture LLC
211 E. 7th St., Ste. 620
Austin, TX 78701

ComEd-Units
P.O. Box 6111
Carol Stream, IL 60197-6111

Gerlando Barone c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Anderson & Moore PC
111 W. Washington St., Ste. 1100
Chicago, IL 60602

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Guadalupe Terrazas c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Arturo Martinez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Demi & Cooper Advertising
18 Villa Court
Elgin, IL 60120

Harrison, Held, Carroll Wall LLP
333 W. Wacker Dr., Ste. 1700
Chicago, IL 60606-1250

Brown Udell Pomerantz
 & Delrahim, Ltd.
1332 N. Halsted St., Ste. 100
Chicago, IL 60642

Enrique Torres c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Internal Revenue Service
Department of Treasury
Cincinnati, OH 45999-0025

Cement Mason's Local Union 502
739 25th Ave.
Bellwood, IL 60104

Evans Construction Services
455 E. Illinois, Ste. 260
Chicago, IL 60611

Ivan Amador c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Cement Mason's Local Union 502 %
Donald Schwartz@Arnold & Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604

Evans Construction Services c/o
Michael Desmond@Figliulo&Silverman
Ten South LaSalle St., Ste. 3600
Chicago, IL 60611

J & B Steel Contractors Inc.
9430 Sutten Place
Hinsdale, IL 60521

Chicago Regional Council
 of Carpenters - Main Headquarters
12 E. Erie St.
Chicago, IL 60611-2796

Forming Concepts
Maria Baum, President
185 Industrial Dr.
Gilberts, IL 60136

J & B Steel Contractors Inc.
1202 75th St., Ste. 293
Downers Grove, IL 60516

Chicagoland Laborers' Training &
 Apprentice Fund
1200 Old Gary Ave.
Carol Stream, IL 60188

Forming Concepts c/o
Sophia Moraitis@ S.Moraitis&Assoc.
333 N. Michigan, Ste. 1828
Chicago, IL 60601

J&D Erectors, Inc.
603 D. Country Club Drive
Bensenville, IL 60106

J&D Erectors, Inc. %Matthew Straus
Ogletree Deakins Nash Smoak&Stewart
Two First National Plaza, 25th Fl.
Chicago, IL 60603-1891

Klafter and Burke
225 W. Washington St., Ste. 1710
Chicago, IL 60606

Landmark Engineering Corp.
7808 W. 103rd St.
Palos Hills, IL 60465

Local 150
6200 Joliet Rd.
Countryside, IL 60525-3957

Mark Reed c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Meyer Material Co.
580 S. Wolf Rd.
Des Plaines, IL 60016

Meyer Material Co.
1021 Frances Dr.
Streamwood, IL 60107

Meyer Material Co.
515 Spring Ave.
Naperville, IL 60540-4451

Meyer Material Co.
9703 S. IL Route 31
Algonquin, IL 60102-1645

Meyer Material Co.
30285 N. Skokie Hwy
Lake Bluff, IL 60044-1120

Meyer Material Company
7N394 S. McLean Blvd.
South Elgin, IL 60177-9765

Midwest Operating Engineers
Fringe Benefit Funds
6150 Joliet Rd., 2nd Fl.
Countryside, IL 60525

Milestone Asset Resolution Co., LLC
Attn: Servicing
482 North Rosemead, Ste. 103
Pasadena, CA 91107

Millennium Concrete Constr., LLC
c/o Herbert Molitsky
455 E. Illinois, Ste. 260
Chicago, IL 60610

MW Housing Partners III, LP
% Reg.Agt., National Reg.Agts, Inc.
1301 Fifth Ave., Ste. 3100
Seattle, WA 98101

New West Realty Dvlp. Corp.
1300 S. Paulina
Chicago, IL 60608

Operating Engineers Local 150
Apprenticeship Fund
6150 Joliet Rd.
Countryside, IL 60525-3956

Oscar Rodriquez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Ozinga Chicago RMC, Inc. c/o
Yalden, Olsen & Willette
1318 E. State St.
Rockford, IL 61104-2228

Patent Construction Systems
One Mack Centre Drive
Paramus, NJ 07652

Patent Construction Systems
3811 Gardner Ave.
Kansas City, MO 64120

Patent Construction Systems
204 Orange St.
Salt Lake City, UT 84104

Reynaldo Quintero c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

RKD Construction Supplies &
Equipment, Inc.
11633 W. Grand Ave.
Melrose Park, IL 60164

RKD Construction, Inc.
1039 Carriage Park Dr.
Valrico, FL 33594

Robert C. Terraza c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Roberto Terraza c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Rogelio Nava c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Scott A. Bella c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Sergio Nunez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Shefsky & Froelich
111 E. Wacker Dr., Ste. 2800
Chicago, IL 60601


Sky Climber Access Solutions Chgo
c/o M.C. Davis, Atty. at Law
55 W. Monroe St., Ste. 3330
Chicago, IL 60603


Steven Bock
c/o Lulich & Goff
9501 W. 144th Place, Ste. 201
Orland Park, IL 60462


Stevenson Crane Service
410 Stevenson Drive
Bolingbrook, IL 60440


Thomas N. Madden c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606


Tim Kremnitzer c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606


Weyerhauser Realty Investors
1301 Fifth Ave., Ste. 3100
Seattle, WA 98101-2642