IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.11-51502 |
| 1555 WABASH LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge Jacqueline P. Cox |
| ) | |
| Debtor. ) | |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 31st day of January, 2013 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her as courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION FOR ALLOWANCE OF FINAL COMPENSATION TO DEBTOR'S APPRAISER**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK   )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties with an asterisk (*) on the 9th day of January 2013 and a copy of the Notice regarding the fee hearing was served upon all parties on the attached service list, on the 9th day of January, 2013.

/s/David K. Welch

## SERVICE LIST

United States Trustee *
219 S. Dearborn St.
Suite 873
Chicago, IL 60604

Timothy McCaffrey, Esq. *
Pircher Nichols & Meeks
900 N. Michigan Ave., Suite 1050
Chicago, IL 60611

Edmond M. Burke, Esq. *
Chuhak & Tecson PC
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Irving B. Speiser *
Pircher, Nichols & Meeks
1925 Century Park East
Los Angeles, CA 90067

Edward M. Burke *
Klafter and Burke
225 W. Washington, #1701
Chicago, IL 60606

Jaclyn J. Janssen*
Pircher, Nichols & Meeks
900 N. Michigan Ave., Suite 1050
Chicago, IL 60611

Paul M. Bauch*
Kenneth A. Michaels Jr.
Carolina Y. Sales
Bauch & Michaels, LLC
53 W. Jackson Blvd., #1115
Chicago, IL 60604

Bojan Guzina*
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

1555 Wabash LLC*
c/o New West Realty
928 S. Bishop, 2nd Fl.
Chicago, IL 60606

1555 Wabash Condo Assn.
1555 S. Wabash
Chicago, IL 60605-2808

American Building Services c/o
Howard M. Turner
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

AMT CADC Venture LLC
211 E. 7th St., Ste. 620
Austin, TX 78701

Anderson & Moore PC
111 W. Washington St., Ste. 1100
Chicago, IL 60602

Arturo Martinez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Brown Udell Pomerantz
& Delrahim, Ltd.
1332 N. Halsted St., Ste. 100
Chicago, IL 60642

Cement Mason's Local Union 502
739 25th Ave.
Bellwood, IL 60104

Cement Mason's Local Union 502 %
Donald Schwartz@Arnold & Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604

Chicago Regional Council
of Carpenters - Main Headquarters
12 E. Erie St.
Chicago, IL 60611-2796

Chicagoland Laborers' Training &
Apprentice Fund
1200 Old Gary Ave.
Carol Stream, IL 60188

Chuhak & Tecson
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606-7413

City of Chicago, Dept. of Water
Suite LL10, Recorder's Box #385
333 S. State St.
Chicago, IL 60604

ComEd-Units
P.O. Box 6111
Carol Stream, IL 60197-6111

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Demi & Cooper Advertising
18 Villa Court
Elgin, IL 60120

Enrique Torres c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Evans Construction Services
455 E. Illinois, Ste. 260
Chicago, IL 60611

Evans Construction Services c/o
Michael Desmond@Figliulo&Silverman
Ten South LaSalle St., Ste. 3600
Chicago, IL 60611

Forming Concepts
Maria Baum, President
185 Industrial Dr.
Gilberts, IL 60136

Forming Concepts c/o
Sophia Moraitis@ S.Moraitis&Assoc.
333 N. Michigan, Ste. 1828
Chicago, IL 60601

Gerdau Ameristeel
2500 N. Shore Dr.
Urbana, IL 61802-7220

Gerdau Ameristeel
3101 W. Lincolnway
Sterling, IL 61081-8918

Gerlando Barone c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Guadalupe Terrazas c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Gus Mauro
928 S. Bishop, 2nd Fl.
Chicago, IL 60607

Harrison, Held, Carroll Wall LLP
333 W. Wacker Dr., Ste. 1700
Chicago, IL 60606-1250

Ivan Amador c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

J & B Steel Contractors Inc.
9430 Sutten Place
Hinsdale, IL 60521

J & B Steel Contractors Inc.
1202 75th St., Ste. 293
Downers Grove, IL 60516

J&D Erectors, Inc.
603 D. Country Club Drive
Bensenville, IL 60106

J&D Erectors, Inc. %Jatthew Straub
Ogletree Deakins Nash Smoak&Stewart
Two First National Plaza, 25th Fl.
Chicago, IL 60603-1891

Klafter and Burke
225 W. Washington St., Ste. 1710
Chicago, IL 60606

Landmark Engineering Corp.
7808 W. 103rd St.
Palos Hills, IL 60465

Local 150
6200 Joliet Rd.
Countryside, IL 60525-3957

Mark Reed c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Meyer Material Co.
580 S. Wolf Rd.
Des Plaines, IL 60016

Meyer Material Co.
1021 Frances Dr.
Streamwood, IL 60107

Meyer Material Co.
515 Spring Ave.
Naperville, IL 60540-4451

Meyer Material Co.
9703 S. IL Route 31
Algonquin, IL 60102-1645

Meyer Material Co.
30285 N. Skokie Hwy
Lake Bluff, IL 60044-1120

Meyer Material Company
7N394 S. McLean Blvd.
South Elgin, IL 60177-9765

Midwest Operating Engineers
Fringe Benefit Funds
6150 Joliet Rd., 2nd Fl.
Countryside, IL 60525

Millennium Concrete Constr., LLC
c/o Herbert Molitsky
455 E. Illinois, Ste. 260
Chicago, IL 60610

MW Housing Partners III, LP
% Reg.Agt., National Reg.Agts, Inc.
1301 Fifth Ave., Ste. 3100
Seattle, WA 98101

New West Realty Dvlp. Corp.
1300 S. Paulina
Chicago, IL 60608

Operating Engineers Local 150
Apprenticeship Fund
6150 Joliet Rd.
Countryside, IL 60525-3956

Oscar Rodriquez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Ozinga Chicago RMC, Inc. c/o
Yalden, Olsen & Willette
1318 E. State St.
Rockford, IL 61104-2228

Patent Construction Systems
One Mack Centre Drive
Paramus, NJ 07652

Patent construction Systems
3811 Gardner Ave.
Kansas City, MO 64120

Patent Construction Systems
204 Orange St.
Salt Lake City, UT 84104

Reynaldo Quintero c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

RKD Construction Supplies &
Equipment, Inc.
11633 W. Grand Ave.
Melrose Park, IL 60164

RKD Construction, Inc.
1039 Carriage Park Dr.
Valrico, FL 33594

Robert C. Terraza c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Roberto Terraza c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Rogelio Nava c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Scott A. Bella c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Sergio Nunez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Shefsky & Froelich
111 E. Wacker Dr., Ste. 2800
Chicago, IL 60601

Sky Climber Access Solutions Chgo
c/o M.C. Davis, Atty. at Law
55 W. Monroe St., Ste. 3330
Chicago, IL 60603

Stevenson Crane Service
410 Stevenson Drive
Bolingbrook, IL 60440

Ted Mazola
928 S. Bishop, 2nd Fl.
Chicago, IL 60607

Thomas N. Madden c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Tim Kremnitzer c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

USA Hoist Company
820 N. Wolcott Ave.
Chicago, IL 60622

Weyerhauser Realty Investors
1301 Fifth Ave., Ste. 3100
Seattle, WA 98101-2642

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

1555 WABASH LLC,
an Illinois Limited Liability Company,

    Debtor.

Case No. 11-51502
Chapter 11
Judge Jacqueline P. Cox

## NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL AND DEBTOR'S APPRAISER

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

    PLEASE TAKE NOTICE that on January 9, 2013, David K. Welch and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses (the "CHSWC Motion"), requesting the sum of $229,237.00 for legal services rendered to the Debtor for the period commencing December 22, 2011 through and including January 9, 2013, plus costs advanced for the same period in the sum of $3,643.61.

    PLEASE TAKE FURTHER NOTICE that on January 9, 2013 Randal Dawson and CB Richard Ellis ("CBR") as Appraiser for the Debtor, filed a Motion for Allowance of Final Compensation (the "Dawson Motion"), requesting the sum of $25,000.00 for services rendered to the Debtor for the period commencing April 12, 2012 through and including September 20, 2012.

    PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC Motion or CBR Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **28th day of January, 2013**, with a copy of said objection(s) to be simultaneously served upon David K. Welch, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

    PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC Motion and CBR Motion, together with objections timely filed, if any, will be held before the Honorable Jacqueline P. Cox, Bankruptcy Judge, Courtroom No. 680, 219 South Dearborn Street, Chicago, Illinois, on the **31st day of January, 2013**, at the hour of **9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED: January 9, 2013

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\1555 Wabash\fee.CHSWC.notice.No.1.wpd

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No.11-51502
1555 WABASH LLC, ) Chapter 11
an Illinois Limited Liability Company, ) Judge Jacqueline P. Cox
)
Debtor. )

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: <u>Randal Dawson and CB Richard Ellis, Debtor's Appraiser</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>April 12, 2012</u>

Period for Which Compensation
is Sought:  From: <u>April 12, 2012</u> through <u>September 30, 2012</u>

Amount of Fees Sought: <u>$ 25,000.00</u>

Amount of Expense
Reimbursement Sought:  $   <u>-0-</u>

This is a(n):  Interim Application __   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | 4/12 through 9/12 | $25,000.00 |  |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: -0- $20,000.00 (retainer) to be credited against interim allowance.

Date: January 9, 2013          Applicant:     <u>Randall Dawson and CB Richard Ellis</u>


                                       By: <u>/s/David K. Welch</u>
                                            Debtors' Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No.11-51502
1555 WABASH LLC, ) Chapter 11
an Illinois Limited Liability Company, ) Judge Jacqueline P. Cox
)
Debtor. )

## MOTION FOR ALLOWANCE OF FINAL COMPENSATION
## TO DEBTOR'S APPRAISER

1555 WABASH LLC, an Illinois Limited Liability Company, Debtor herein, by and through its Attorneys, makes its Motion pursuant to Section 330 of the Bankruptcy Code for Allowance of Final Compensation to Randal Dawson and CB Richard Ellis, ("CBR"), Debtor's Appraiser; and in support thereof, states as follows:

**Introduction**

1. On December 11, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date).

2. The Debtor operated its business and managed its financial affairs as Debtor-in-Possession through confirmation of its First Amended Plan of Liquidation ("Plan"). No trustee, examiner or committee of unsecured creditors was appointed to serve in this Chapter 11 case.

3. By this Motion, the Debtor requests an allowance of final compensation in the aggregate amount of $25,000.00 to CBR for services rendered to the Debtor during the period April, 2012 through September, 2012. Itemizations of the professional services rendered during the relevant period is attached to this Motion as **Exhibit A**.

4. Pursuant to the Order of this Court, CBR received a retainer in the amount of

$20,000.00 which will be credited against any final allowance made by this Court to CBR.

5.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within th meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

6.  The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code, and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

7.  The Debtor is an Illinois limited liability company that is the owner and operator of a fourteen (14) story mixed use building located at 1555 South Wabash, Chicago, Illinois ("Property").

8.  The Property is comprised of 176 residential units plus 11,000 square feet of commercial space located on the first floor of the Property. As of the Petition Date, approximately 82% of the rentable residential apartment units were leased while the commercial space is presently vacant.

9.  The Property was originally developed by the Debtor as condominium units to be sold at designated sale prices to qualified buyers. The construction of the Property was generally completed as of the middle of 2009. At the start of construction of the Property, the Debtor had 100 contracts for the sale of residential condominiums units at the Property. However, for the reasons set forth in the following paragraphs of this Motion, only 36 of the 100 sale contracts closed. As of the Petition Date, the Debtor is leasing 115 of the remaining 140 residential apartment units to qualified tenants.

10. The Debtor's original mortgage lender was seized by regulators with all loans (including the Debtor's loan) and related assets being acquired by and transferred to AMT CADC Venture, LLC ("AMT"). The Debtor attempted to negotiate a re-setting of the required sale prices for the condominium units so as to reflect realistic values for such condominium units in light of the economic downturn in this country. Both the regulators and, then, AMT refused to adjust these sale prices. As a result, the Debtor was unable to sell the condominium units (as the sale prices are grossly in excess of that justified in the marketplace) and was turned to renting the unsold condominiums as apartment units.

11. The Debtor's operational and profitability problems were principally due to the general economic problems facing this country over the last several years (particularly in real estate). Despite these issues, the Debtor generates substantial rental income at the Property.

12. In partial response to an action brought by the Debtor against its prior mortgage lender and other mechanics lien creditors in the Circuit Court of Cook County, Illinois ("State Court"), AMT filed a counterclaim in the State Court which, among other things, sought to foreclose on the Property ("Foreclosure"). On December 22, 2011, the State Court entered an Order in the Foreclosure appointing a receiver for the Property. This Chapter 11 case was filed before the receiver took possession of the Property.

13. This Court entered a series of Cash Collateral Orders through confirmation of the Plan which enabled the Debtor to maintain regular, uninterrupted business operations throughout the course of this Chapter 11 case.

14. Beginning in March 2012 and continuing each month thereafter, the Debtor made monthly payments to AMT in the amount of $59,583.33 each month pursuant to Section 362(d)(3)

of the Bankruptcy Code.

15. On June 20, 2012, AMT filed a Motion seeking the entry of an Order from this Court dismissing this Chapter 11 case or, alternatively, lifting the automatic stay with respect to the Property in favor of AMT ("Dismissal Motion").

16. The Debtor opposed the relief sought by AMT in the Dismissal Motion. Both the Debtor and AMT conducted extensive discovery relating to the issues presented in the Dismissal Motion. The Dismissal Motion was set for trial before this Court beginning on September 19, 2012.

17. As a result of a settlement between the Debtor and AMT ("AMT Settlement"), this Court continued the hearing on the Dismissal Motion at the joint request of the Debtor and AMT.

18. As part of the proposed AMT Settlement, the Debtor filed the Plan and an Amended Disclosure Statement that is premised upon the terms and conditions of the proposed AMT Settlement.

19. This Court confirmed the Plan on December 12, 2012. Pursuant to the Plan, the Debtor transferred the Property to AMT on December 28, 2012.

**Fees and Expenses of CBR**

20. Under the Plan, CBR, as the holder of an administrative claim, is entitled to be paid by AMT after allowance of its administrative claim by this Court.

21. On April 21, 2012, this Court entered an Order authorizing the Debtor to retain CBR as its appraiser with compensation subject to the prior approval of this Court ("Retention Order") the Retention Order also provided for the payment of a retainer in the amount of $20,000.00 to CBR.

22. CBR was retained by the Debtor to perform appraisal services relating to the

Property in conjunction with the Dismissal Motion and confirmation of the Debtor's original Plan of Reorganization.

23. CBR has itemized its time entries. Attached to this Motion as **Exhibit A** is an itemization of professional services rendered during the period April, 2012, through September, 2012. The total hours expended by CBR during the relevant period were 50 hours. The total amount of fees sought by CBR is $25,000.00, of which $20,000.00 has been paid as a retainer pursuant to the Retention Order thereby leaving a balance due of $5,000.00.

24. The professional services rendered by CBR were essential to the Debtor's reorganization efforts in this Chapter 11 case and the defense and settlement of the issues presented in the Dismissal Motion.

25. The retainer paid to CBR will be credited against any allowance made by this Court in favor of CBR.

### Conclusion

26. Other than as provided in Section 504(b) of the Bankruptcy Code, CBR has not shared, nor agreed to share, any compensation as a result of this case with any person, firm or entity. AMT shall pay any final compensation allowed in favor of CBR (after credit of the $20,000.00 retainer) as required by the Plan.

27. The final compensation sought in this Motion is reasonable compensation for the actual and necessary professional services rendered based upon the time, nature, extent and value of such professional services.

28. The final compensation requested is fair, **reasonable** and warranted under the circumstances.

WHEREFORE, 1555 WABASH LLC, Debtor herein, requests the entry of an Order allowing final compensation to Randal Dawson and CB Richard Ellis in the amount of $25,000.00 and granting such other relief as may be just and appropriate.

Respectfully submitted,
1555 WABASH LLC, Debtor

By: /s/David K. Welch

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.(Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\1555 Wabash\Interim Comp of Expenses to Debtors Appraiser.mot.No.1.wpd