IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 11-51502 |
| 1555 WABASH LLC, | ) Chapter 11 |
| an Illinois Limited Liability Company, | ) Judge Jacqueline P. Cox |
| | ) |
| Debtor. | ) |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 12th day of March, 2014 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her as courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION FOR DEBTOR FOR FINAL DECREE**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 4th day of March, 2014.

/s/David K. Welch

## SERVICE LIST

United States Trustee
219 S. Dearborn St.
Suite 873
Chicago, IL 60604

Timothy McCaffrey, Esq.
Pircher Nichols & Meeks
900 N. Michigan Ave., Suite 1050
Chicago, IL 60611

Edmond M. Burke, Esq.
Chuhak & Tecson PC
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Irving B. Speiser
Pircher, Nichols & Meeks
1925 Century Park East
Los Angeles, CA 90067

Edward M. Burke
Klafter and Burke
225 W. Washington, #1701
Chicago, IL 60606

Jaclyn J. Janssen
Pircher, Nichols & Meeks
900 N. Michigan Ave., Suite 1050
Chicago, IL 60611

Paul M. Bauch
Kenneth A. Michaels Jr.
Carolina Y. Sales
Bauch & Michaels, LLC
53 W. Jackson Blvd., #1115
Chicago, IL 60604

Bojan Guzina
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

1555 Wabash LLC
c/o New West Realty
928 S. Bishop, 2nd Fl.
Chicago, IL 60606

1555 Wabash Condo Assn.
1555 S. Wabash
Chicago, IL 60605-2808

American Building Services c/o
Howard M. Turner
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

AMT CADC Venture LLC
211 E. 7th St., Ste. 620
Austin, TX 78701

Anderson & Moore PC
111 W. Washington St., Ste. 1100
Chicago, IL 60602

Arturo Martinez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Brown Udell Pomerantz
& Delrahim, Ltd.
1332 N. Halsted St., Ste. 100
Chicago, IL 60642

Cement Mason's Local Union 502
739 25th Ave.
Bellwood, IL 60104

Cement Mason's Local Union 502 ℅
Donald Schwartz@Arnold & Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604

Chicago Regional Council
of Carpenters - Main Headquarters
12 E. Erie St.
Chicago, IL 60611-2796

Chicagoland Laborers' Training &
Apprentice Fund
1200 Old Gary Ave.
Carol Stream, IL 60188

Chuhak & Tecson
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606-7413

City of Chicago, Dept. of Water
Suite LL10, Recorder's Box #385
333 S. State St.
Chicago, IL 60604

ComEd-Units
P.O. Box 6111
Carol Stream, IL 60197-6111

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Demi & Cooper Advertising
18 Villa Court
Elgin, IL 60120

Enrique Torres c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Evans Construction Services
455 E. Illinois, Ste. 260
Chicago, IL 60611

Evans Construction Services c/o
Michael Desmond@Figliulo&Silverman
Ten South LaSalle St., Ste. 3600
Chicago, IL 60611

Forming Concepts
Maria Baum, President
185 Industrial Dr.
Gilberts, IL 60136

Forming Concepts c/o
Sophia Moraitis@ S.Moraitis&Assoc.
333 N. Michigan, Ste. 1828
Chicago, IL 60601

Gerdau Ameristeel
2500 N. Shore Dr.
Urbana, IL 61802-7220

Gerdau Ameristeel
3101 W. Lincolnway
Sterling, IL 61081-8918

Gerlando Barone c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Guadalupe Terrazas c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Gus Mauro
928 S. Bishop, 2nd Fl.
Chicago, IL 60607

Harrison, Held, Carroll Wall LLP
333 W. Wacker Dr., Ste. 1700
Chicago, IL 60606-1250

Ivan Amador c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

J & B Steel Contractors Inc.
9430 Sutten Place
Hinsdale, IL 60521

J & B Steel Contractors Inc.
1202 75th St., Ste. 293
Downers Grove, IL 60516

J&D Erectors, Inc.
603 D. Country Club Drive
Bensenville, IL 60106

J&D Erectors, Inc. %Jatthew Straub
Ogletree Deakins Nash Smoak&Stewart
Two First National Plaza, 25th Fl.
Chicago, IL 60603-1891

Klafter and Burke
225 W. Washington St., Ste. 1710
Chicago, IL 60606

Landmark Engineering Corp.
7808 W. 103rd St.
Palos Hills, IL 60465

Local 150
6200 Joliet Rd.
Countryside, IL 60525-3957

Mark Reed c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Meyer Material Co.
580 S. Wolf Rd.
Des Plaines, IL 60016

Meyer Material Co.
1021 Frances Dr.
Streamwood, IL 60107

Meyer Material Co.
515 Spring Ave.
Naperville, IL 60540-4451

Meyer Material Co.
9703 S. IL Route 31
Algonquin, IL 60102-1645

Meyer Material Co.
30285 N. Skokie Hwy
Lake Bluff, IL 60044-1120

Meyer Material Company
7N394 S. McLean Blvd.
South Elgin, IL 60177-9765

Midwest Operating Engineers
Fringe Benefit Funds
6150 Joliet Rd., 2nd Fl.
Countryside, IL 60525

Millennium Concrete Constr., LLC
c/o Herbert Molitsky
455 E. Illinois, Ste. 260
Chicago, IL 60610

MW Housing Partners III, LP
% Reg.Agt., National Reg.Agts, Inc.
1301 Fifth Ave., Ste. 3100
Seattle, WA 98101

New West Realty Dvlp. Corp.
1300 S. Paulina
Chicago, IL 60608

Operating Engineers Local 150
Apprenticeship Fund
6150 Joliet Rd.
Countryside, IL 60525-3956

Oscar Rodriquez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Ozinga Chicago RMC, Inc. c/o
Yalden, Olsen & Willette
1318 E. State St.
Rockford, IL 61104-2228

Patent Construction Systems
One Mack Centre Drive
Paramus, NJ 07652

Patent construction Systems
3811 Gardner Ave.
Kansas City, MO 64120

Patent Construction Systems
204 Orange St.
Salt Lake City, UT 84104

Reynaldo Quintero c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

RKD Construction Supplies &
Equipment, Inc.
11633 W. Grand Ave.
Melrose Park, IL 60164

RKD Construction, Inc.
1039 Carriage Park Dr.
Valrico, FL 33594

Robert C. Terraza c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Roberto Terraza c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Rogelio Nava c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Scott A. Bella c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Sergio Nunez c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Shefsky & Froelich
111 E. Wacker Dr., Ste. 2800
Chicago, IL 60601

Sky Climber Access Solutions Chgo
c/o M.C. Davis, Atty. at Law
55 W. Monroe St., Ste. 3330
Chicago, IL 60603

Stevenson Crane Service
410 Stevenson Drive
Bolingbrook, IL 60440

Ted Mazola
928 S. Bishop, 2nd Fl.
Chicago, IL 60607

Thomas N. Madden c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

Tim Kremnitzer c/o
Karen Engelhardt@Allison, Slutsky
230 W. Monroe St., Ste. 2600
Chicago, IL 60606

USA Hoist Company
820 N. Wolcott Ave.
Chicago, IL 60622

Weyerhauser Realty Investors
1301 Fifth Ave., Ste. 3100
Seattle, WA 98101-2642

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-51502 |
| 1555 WABASH LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge Jacqueline P. Cox |
| ) | |
| Debtor. ) | |

## MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE

1555 Wabash LLC, Debtor herein, by its attorneys, makes its Motion pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure for Entry of Final Decree; and in support thereof, respectfully states as follows:

1. On December 27, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. On December 12, 2012, this Court entered an order confirming the First Amended Plan of Liquidation ("Plan") filed by the Debtor.

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals have been allowed and paid. In addition, the transfer of the Debtor's primary asset to the secured lender has been accomplished.

4. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, the Debtor, 1555 Wabash LLC, requests the entry of a Final Decree closing this Chapter 11 case and granting such other relief as may be just and appropriate.

Respectfully submitted,

1555 Wabash LLC, Debtor herein

By: /s/David K. Welch
      One of its attorneys

**Debtor's Counsel**
David K. Welch, Esq.(Atty. Reg. #06183621)
Arthur G. Simon, Esq. (Atty. Reg. #03124481)
Crane, Heyman, Simon, Welch & Clar
Attorneys for Debtor
135 South LaSalle, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\GRACE\1555 Wabash\Final Decree.MOT.wpd