UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>1555 Wabash LLC, an Illinois Limited<br>Liability Company<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-51502<br><br>Chapter: 11<br><br>Honorable Jacqueline Cox |

## FINAL DECREE

THIS MATTER coming to be heard upon the Motion of 1555 Wabash LLC, an Illinois Limited Liability Company, Debtor herein, for Entry of Final Decree; proper notice of this Motion having been provided; no objections having been interposed; this Court having determined that the Debtor's First Amended Plan of Liquidation has been substantially consummated; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that this Chapter 11 case is closed.

Enter: *Jacqueline P. Cox*

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 3/12/14

**Prepared by:**

DEBTORS' COUNSEL:
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
Final Decree.ORD

Rev: 201100318_bko